**Opinion issued March 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00053-CV

———————————

**SAUL DE JESUS LORENZANA, Appellant**

**V.**

**EVELIN VIRGINIA ZELAYA INDIVIDUALLY AND A/N/F OF A.Z. AND A/N/F OF A.F., AND ANA ZELAYA A/N/F OF K.M., Appellees**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-43657**

## MEMORANDUM OPINION

Appellant, Saul De Jesus Lorenzana, has filed a motion for voluntary dismissal of this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.